Deborah Ann **FERRELL,**
Petitioner–Appellant,

v.

Bartley C. **FERRELL, Jr.,**
Respondent–Respondent.

No. 52790.

Missouri Court of Appeals,
Eastern District,
Southern Division.

April 12, 1988.

Motion for Rehearing and/or
Transfer to Supreme Court Denied
May 16, 1988.

Application to Transfer Denied
June 14, 1988.

Phillip John Barkett, Jr., Sikeston, for petitioner-appellant.

George W. Gilmore, Jr., Sikeston, for respondent-respondent.

## ORDER

PER CURIAM.

Former wife appeals judgment awarding primary custody of only child to husband contending that there was insufficient substantial evidence to show her extra-marital conduct had any actual or potential adverse effect on child.

After reviewing the complete record and authorities relied upon by appellant, the trial court did not err in awarding primary custody to father. There was substantial evidence that the conduct of the appellant and the surrounding circumstances were potentially detrimental to the moral environment and safety of child. No error of

law appears. There was no abuse of discretion.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order affirming the judgment of the trial court. The judgment is affirmed. Rule 84.16(b).